UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUSAN COMPETELLO,

          Plaintiff,

- against -

1BEAUTY US, LLC,

          Defendant.

24-cv-4909 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **November 4, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
            July 2, 2024

                                                John G. Koeltl
                                           United States District Judge