```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUSAN COMPETELLO,
                        Plaintiff(s)
                                                                              24 civ 4909 (JGK)
          -against-

1BEAUTY US, LLC,
                        Defendant(s).
-----------------------------------------------------------X
```

## ORDER

A scheduling order having been entered on August 14, 2024,

The conference scheduled for Wednesday, October 2, 2024, at 4:00pm is canceled.

**SO ORDERED.**

                                                               **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 24, 2024