# Joseph & Norinsberg LLC
## Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

**Jon L. Norinsberg, Esq.**
jon@norinsberglaw.com

November 4, 2024

**VIA ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

                    Re:    **Competello v. 1Beauty US LLC**
                             **1:24-cv-04909 (JGK)**

Dear Judge Koeltl,

      We represent Plaintiff, Susan Competello ("Plaintiff") in the above referenced Americans with Disabilities Act (ADA) matter against Defendant 1Beauty US, LLC. As this Court noted in its July 2, 2024 Order (ECF #5), the parties were directed to discuss settlement and provide an update by November 4, 2024. Accordingly, we write now to advise that the parties have begun settlement discussions, and that Plaintiff has communicated a written settlement demand to Defendant. Counsel for Defendant has confirmed receipt of the demand and is currently discussing their response with their client. Accordingly, the parties continue to negotiate in good faith.

      We thank the Court for its time and attention.

                                                                          Sincerely,

                                                                        Jon L Norinsberg, Esq.
                                                                        *Attorney for Plaintiff*
                                                                        110 East 59th Street, Suite 2300
                                                                        New York, New York 10022
                                                                         Tel. No.: (212) 227-5700
                                                                        Fax No.: (212) 406-6890
                                                                        jon@norinsberglaw.com

cc: Ian Smith, Esq. (*via Email and ECF*)